Vitkus v Creekwalk Hous., LLC (2023 NY Slip Op 03980)

Vitkus v Creekwalk Hous., LLC

2023 NY Slip Op 03980

Decided on July 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., LINDLEY, BANNISTER, MONTOUR, AND OGDEN, JJ.

112 CA 22-00909

[*1]DIANNE VITKUS, PLAINTIFF-RESPONDENT,
v
CREEKWALK HOUSING, LLC AND SUTTON REAL ESTATE COMPANY, LLC, DEFENDANTS-APPELLANTS. 

RUPP PFALZGRAF LLC, BUFFALO (MATTHEW A. LENHARD OF COUNSEL), FOR DEFENDANT-APPELLANT CREEKWALK HOUSING, LLC.
LAW OFFICE OF JOHN WALLACE, BUFFALO (JOHN WALLACE OF COUNSEL), FOR DEFENDANT-APPELLANT SUTTON REAL ESTATE COMPANY, LLC.
LYNN LAW FIRM, LLP, SYRACUSE (WALTER F. BENSON OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeals from an order of the Supreme Court, Onondaga County (Gregory R. Gilbert, J.), entered June 6, 2022. The order denied the motions of defendants for summary judgment dismissing the complaint. 
Now, upon the stipulation of discontinuance signed by the attorneys for the parties on April 11, 2023, and filed in the Onondaga County Clerk's Office on April 12, 2023,
It is hereby ORDERED that said appeals are unanimously dismissed without costs upon stipulation.
Entered: July 28, 2023
Ann Dillon Flynn
Clerk of the Court